

RECEIVED

MAY 20 2019

TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

BY_____

(Rev. 5/1/13)

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

BOBBY WADE #94252-111                    CASE NO.  1:19-CV-00438 SEC P

VERSUS                                   JUDGE DRELL

FRANCISCO J QUINTANA ET AL               MAGISTRATE JUDGE PEREZ-MONTES

### COMPLAINT
### PRISONER CIVIL RIGHTS UNDER 42 U.S.C. '1983

**I.    Previous Lawsuits**

a.   Have you begun any other lawsuit while incarcerated or detained in any facility?
Yes ☐    No ☑

b.   If your answer to the preceding question is "Yes," provide the following information.

1.   State the court(s) where each lawsuit was filed (if federal, identify the District, if state court, identify the county of parish):

_____ N/A _____

_____ N/A _____

2.   Name the parties to the previous lawsuit(s):

Plaintiffs: _____ N/A _____

Defendants: _____ N/A _____

3.   Docket number(s): _____ N/A. _____

4.   Date(s) on which each lawsuit was filed: ___ remedies attached

5.   Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

_____

c.   Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?
Yes ☐    No ☑

*(Rev. 5/1/13)*

If your answer to the preceding question is "Yes," state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

*N/A*

*N/A*

**II.   a.   Name of institution and address of current place of confinement:**

*Federal Medical Center, Butner, NC*

b.   Is there a prison grievance procedure in this institution?
Yes ☒    No ☐

1.   Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?  Yes ☒ No ☐

If "Yes," what is the Administrative Remedy Procedure number?

*N/A*

2.   If you did not file an administrative grievance, explain why you have not done so.

*N/A*

*N/A*

3.   If you filed an administrative grievance, answer the following question. What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?

*exhausted BOP's Inmate Administrative Remedy Procedure 28 CFR 542.10*

Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

**III.   Parties to Current Lawsuit:**

a.   Name of Plaintiff: *Bobby Wade*

Address: _F 94252-111, P.O. Box 1600, Butner, NC 27509_  (Rev. 5/1/13)

b. Defendant, _United States of America_ is employed as

_c/o U.S. Attorney_ at _New Orleans, LA_.

~~Defendant,~~ _____, is employed as

_See Attachment for names_

Defendant, _and addresses of_ , is employed as

_other defendants_ at _____.

Additional defendants: _____

_____

## IV.   Statement of Claim

State the **FACTS** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to the lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.**

Summary:
Wade, who was assigned to a top bunk, fell while trying to get back onto that bunk. Though injured he did not recieve a medical evaluation until 6 days later. Then it was determined that Wade's Ach was torn and required urgent treatment. Without having recieved that urgent treatment Wade was transfered

to USP Pollack, where he continued to be denied treatment and deliberately punished for requesting that treatment. Eventually Wade was transferred again without receiving the medically necessary treatment.

Consequently, it was determined that the delay in providing medical treatment for WADE's torn ACL would and has resulted in loss of the full range of his left leg.

See Attachment for details

*(Rev. 5/1/13)*

## V.   Relief

State exactly what you want the court to provide to you or do for you.  Make no legal arguments.  Cite no cases or statutes.

Declaratory Judgement
monetary damages, i.e.
nominal, compensatory, and
punitive.

## VI.   Plaintiff's Declaration

a.   I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

b.   I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

c.   If I am located in a prison participating in the Electronic Filing Pilot Program, I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this __May__ day of ___ 9 th _____, 20_19_.

__# 94252-111__
Prisoner no. (Louisiana Department of
Corrections or Federal Bureau of
Prisons

__Bobby Wade__
Signature of Plaintiff