UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| BOBBY WADE,<br>Plaintiff | CIVIL DOCKET NO. 1:19-CV-438-P |
| VERSUS | JUDGE DRELL |
| FRANCISCO J. QUINTANA, *ET AL.*,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 30), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Plaintiff's lost property claim be DISMISSED WITHOUT PREJUDICE FOR LACK OF JURISIDICTION. The remaining claims will be served pursuant to a separate Court order.

THUS DONE AND SIGNED, at Alexandria, Louisiana, on this 21st day of April, 2020.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE