UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| BOBBY WADE,<br>Plaintiff | CIVIL DOCKET NO. 1:19-CV-438-P |
| VERSUS | JUDGE DRELL |
| FRANCISCO J. QUINTANA, *ET AL.*,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 49), and after a *de novo* review of the record, including the Objection filed by Plaintiff (ECF No. 52), having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the Motion for Preliminary Injunction (ECF No. 48) is hereby DENIED.

THUS DONE AND SIGNED, at Alexandria, Louisiana, on this 9th day of November, 2020.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE